# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH DEAN *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> PENNSYLVANIA GAS WORKS *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 19-4266 |

## ORDER

**AND NOW**, this 12th day of December 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 6), Plaintiffs' Response (ECF No. 9) and Defendants' Reply (ECF No. 10) it is hereby **ORDERED** that:

1. The Motion to Dismiss Count IV is **GRANTED** as to Defendant PGW and the individual Defendants in their official capacities; **GRANTED** as to Defendant White in his individual capacity; and **DENIED** as to Defendant Gaydosh in his individual capacity.

2. The Motion to Dismiss Counts V, VI and VII is **GRANTED**.

Counts IV, V, and VI are **DISMISSED** without prejudice. Count VII is **DISMISSED** with prejudice. Dean may amend Count IV of the Complaint, consistent with the Court's Memorandum, on or before **December 27, 2019**. Dean may further amend Counts V and VI of the Complaint after expiration of the mandatory one-year PHRA administrative exhaustion period.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.