IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH DEAN,<br><br>   *Plaintiff*,<br><br>v.<br><br>PHILADELPHIA GAS WORKS,<br><br>   *Defendant*. | CIVIL ACTION<br>NO. 19-04266 |

# **ORDER**

**AND NOW**, this 28th day of December 2020, it is hereby ORDERED that Plaintiff's Motion to Disqualify the Court, (ECF No. 47), is **DENIED**.

             BY THE COURT:

             */s/ Gerald J. Pappert*
             GERALD J. PAPPERT, J.