IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOSEPH DEAN, | |
|---|---|
| *Plaintiff,* | |
| v. | CIVIL ACTION |
| PHILADELPHIA GAS WORKS, | NO. 19-4266 |
| *Defendant.* | |

## ORDER

**AND NOW**, this 28th day of June 2021, upon consideration of Philadelphia Gas Works' Motion for Summary Judgment (ECF 41), Dean's Response (ECF 43), PGW's Reply (ECF 45) and letters from counsel for the Parties dated June 15, 2021 (ECF 61–62), and having heard oral argument on the Motion (ECF 58), it is hereby **ORDERED** that the Motion is **GRANTED**.  Judgement is entered in favor of PGW and against Dean on all claims.  The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.